

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00562-CR

Arthur Todd **MACCUBBIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 298509
Honorable Jason Wolff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 11, 2013.

Sandee Bryan Marion, Justice